1    **WO**

2

3                    IN THE UNITED STATES DISTRICT COURT

4                        FOR THE DISTRICT OF ARIZONA

5

6    United States of America,                )

7                Plaintiff,                    )      **CR 99-786-PHX-RCB**

8    vs.                                       )

                                               )      **DETENTION ORDER**

9

10   Manuel Martinez-Rodriguez,                )

                                               )

11               Defendant.                    )

                                               )

12   _____       )

13       Defendant  appeared before this Court on a Petition for Revocation of Supervised

14   Release.  The Court considered the Petition and file in determining whether defendant

15   should be released on conditions set by the Court.

16       The Court finds that defendant has failed to carry his burden of establishing that he

17   will not flee pursuant to 18 U.S.C. §3142(b) or (c).  Further, that there is no condition or

18   combination of conditions that will reasonably assure the appearance of defendant as

19   required.

20       IT IS THEREFORE ORDERED that defendant be detained pending further

21   proceedings.  18 U.S.C. §3142(e); Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal

22   Procedure.

23       DATED this 17th day of July, 2006.

24

25

26   _____

                             Edward C. Voss

27                    United States Magistrate Judge

28